**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00120-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DANDRE AL WILLIS,
        a/k/a "D" and "Little D,"
2.     JATAWRON ADANOND PEPPER,
        a/k/a "Lil' Loc,"
3.     JORDAN RAY RYINES,
        a/k/a "J Rock,"
4.     TIMOTHY LAMONT BEAN,
        a/k/a "Turner,"
5.     AUSTIN CALEB GUERRERO, and
6.     DANIEL WILLIAM RODRIGUEZ,

    Defendants.
_____

**ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL**
_____

**Blackburn, J.**

The matter is before me on the **Government's Motion For An Order Permitting Disclosure of Grand Jury Material** [#71][1] filed June 11, 2013. Federal Rule of Criminal Procedure 6(e)(3)(F) provides that the Government may file this motion requesting disclosure. As grounds therefor, the Government has stated:

The Government has obtained testimony from one or more persons who may be called as trial witnesses. Early disclosure of this material may assist the defendants in

---

[1] "[#71]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

preparing for trial.

Disclosure of pertinent portions of the Grand Jury transcripts may be in the best interests of justice. In the course of preparation for trial and during the conduct of certain pretrial matters and at trial it may be appropriate to disclose to the defense portions of the Grand Jury transcripts pertaining to certain witnesses for the limited purpose of preparing for and conducting trial. See 18 U.S.C. §3500 and Federal Rules of Criminal Procedure 26.2, 16, 6(e)(3)(E)(I) and (e)(3)(F).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion For An Order Permitting Disclosure of Grand Jury Material** [#71] filed June 11, 2013, is **GRANTED**;

2. That the United States Attorney's Office may disclose to the defense pertinent portions of the transcripts of witness(es)' testimony before the Grand Jury in the above-captioned case after it has been determined by the Government that such witness will be called to testify at trial;

3. That the defense attorneys are to maintain control over the material, keeping it in his or her confidential files and under the control of his or her confidential employees;

4. That the Court's Order here today permits pretrial disclosure of pertinent portions of the Grand Jury transcripts which would be disclosed pursuant to 18 U.S.C. §3500 or Federal Rules of Criminal Procedure 26.2 and 16;

5. That the Grand Jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until

further order of this Court; and

      6. That the United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

      Dated June 11, 2013, at Denver, Colorado.

**BY THE COURT:**

_/s/ Bob Blackburn_
Robert E. Blackburn
United States District Judge